*Neil Johnson*, in support of the petition.

*Albert G. Danker, Jr.*, in opposition.

Decided March 6, 2002

### DIANE NIEVES *v.* WILLIAM CIRMO

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 576 (AC 21139), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Neil Johnson*, in support of the petition.

*Albert G. Danker, Jr.*, in opposition.

Decided March 6, 2002